# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELTON L. MATTHEWS, JR., ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-00884-JCM-RJJ |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ALONDRAS SAUNDERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

On September 15, 2010, plaintiff filed a voluntary motion to dismiss this action (docket #3).  The court grants this motion to dismiss the complaint without prejudice.

**IT IS THEREFORE ORDERED** that plaintiff's voluntary motion to dismiss (docket #3) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 24th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE